652 September 24, 2025 No. 846

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GEORGE LEE HORNYCH,
aka George Lee Johnston, aka George Lee Johnston, Jr.,
*Defendant-Appellant.*

Multnomah County Circuit Court
21CR57708; A182886

Andrew M. Lavin, Judge.

Submitted August 22, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Meredith Allen, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *State v. Ivey*, 342 Or App 649, ___ P3d ___ (2025); *State v. Parras*, 326 Or App 246, 531 P3d 711 (2023).